# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2086
_____

Vladyslav Dubikovskyy

Plaintiff - Appellee

v.

Elena Goun

Defendant - Appellant

------

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:20-cv-04207-NKL)

------

**JUDGMENT**

The parties have filed a joint stipulation for dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 30, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans