# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2086

Vladyslav Dubikovskyy

Appellee

v.

Elena Goun

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:20-cv-04207-NKL)

---

**MANDATE**

In accordance with the judgment of October 30, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 30, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit